UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE SEIZURE OF            )
$34,242.00 IN UNITED STATES CURRENCY;      )
$10,580.00 IN UNITED STATES CURRENCY;      )   No. 1:22-mc-91363
ASSORTED JEWELRY (1);                      )
ASSORTED JEWELRY (2);                      )
ROLEX GOLD WATCH 16018;                    )
AND ROLEX GOLD WATCH 16000,                )
ALL SEIZED ON JANUARY 25, 2022             )

### OPPOSITION TO THE GOVERNMENT'S MOTION TO EXTEND TIME TO FILE CIVIL FORFEITURE COMPLAINT AND/OR OBTAIN INDICTMENT ALLEGING FORFEITURE

Claimant Neysha Ruby Matos and Michael Matos hereby oppose the government's Motion to Extend Time to File Civil Forfeiture Complaint in the above captioned matter for the reason that the government has failed to allege facts or circumstances establishing "good cause" for such an extension as required by 18 USC § 983 (3)(A).

As grounds for opposition Claimants state that:

1. They have been deprived of the above described property for more than five (5) months, as conceded by the government;

2. They timely complied with all requirements necessary to support their claim, as conceded by the government;

3. The government concedes that it has not filed, and apparently cannot file, a verified complaint for forfeiture of the claimed property within the 90 days required by 18 USC § 983 (3)(A);

4. The "good cause" alleged by the government appears to be that the AUSA assigned to this matter was only "recently assigned" and is therefore unprepared to satisfy the statutory requirements for which 90 days is allotted;

5. The prompt release of the seized property as required under the circumstances by 18 USC § 983 (3)(B) will not prejudice the government because it retains the opportunity to obtain an Indictment alleging a criminal forfeiture count in relation to the subject property. 18 USC § 983 (3)(B)-(D);

6. There are no criminal charges pending against the claimants in any State or Federal court. WHEREFORE, Claimants Neysha Ruby Matos and Michael Matos oppose the government's MOTION TO EXTEND TIME TO FILE CIVIL FORFEITURE COMPLAINT AND/OR OBTAIN INDICTMENT ALLEGING FORFEITURE and requests that the Motion be denied.

Respectfully submitted,
Neysha Ruby Matos, Claimant
Michael Matos, Claimant

By/s/ James R. Goodhines
James R. Goodhines, Their Attorney
BBO #629578
Goodhines Law Offices
175 State Street, Suite 400
Springfield, MA 01103
(413) 737-0101
jgoodhines@hotmail.com

Certificate of Service

The foregoing document was served on the United States by email on July 21, 2022, addressed to AUSA Brendan T. Mockler, brendan.mockler@usdoj.gov.

/s/James R. Goodhines
James R. Goodhines