UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF )<br>$34,242.00 IN UNITED STATES )<br>CURRENCY; )<br>$10,580.00 IN UNITED STATES )<br>CURRENCY; )<br>ASSORTED JEWELRY (1); )<br>ASSORTED JEWELRY (2); )<br>ROLEX GOLD WATCH 16018; AND )<br>ROLEX GOLD WATCH 16000, )<br>ALL SEIZED ON JANUARY 25, 2022 )<br>) | M.B.D. No. 1:22-91363-FDS |

**ORDER EXTENDING THE TIME TO FILE
CIVIL FORFEITURE COMPLAINT AND/OR
OBTAIN INDICTMENT ALLEGING FORFEITURE**

WHEREAS, Neysha Ruby Matos and Michael Matos (the "Claimants") have filed a claim to the following property in a nonjudicial civil forfeiture proceeding with the United States Drug Enforcement Administration ("DEA"):

a. $34,242.00 in United States Currency seized on January 25, 2022;

b. $10,580.00 in USC seized on January 25, 2022;

c. Assorted Jewelry (1) seized on January 25, 2022;

d. Assorted Jewelry (2) seized on January 25, 2022;

e. Rolex Gold Watch 16018 seized on January 25, 2022; and,

f. Rolex Gold Watch 16000 seized on January 25, 2022

(collectively, the "Assets").

WHEREAS, the United States requests, as provided in 18 U.S.C. § 983(a)(3)(A), to extend the time in which the United States is required to obtain an indictment alleging that the Assets are subject to forfeiture;

WHEREAS, the United States moves the Court to extend the time in which the United States is required to file a complaint for forfeiture against the Assets and/or to obtain an indictment alleging that the Assets are subject to forfeiture;

WHEREAS, the United States requires additional time to obtain information regarding the seized property and to review information to decide whether to indict, decline, or file a civil forfeiture complaint; and,

WHEREAS, the Court is authorized by 18 U.S.C. § 983(a)(3)(A) to extend the time in which the United States is required to file a complaint for forfeiture against the Assets and/or to obtain an indictment alleging that the Assets are subject to forfeiture based upon good cause shown.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), that the date by which the United States is required to file a complaint for forfeiture against the Assets and/or to obtain an indictment alleging that the Assets are subject to forfeiture is extended up to and including September 23, 2022.

/s/ F. Dennis Saylor, IV
F. DENNIS SAYLOR IV
United States District Court Judge

Dated:  7/22/22